**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



Mary Ann Whipple
United States Bankruptcy Judge

**Dated: November 13 2009**

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re: * Case No. 08-34596 W
Seth Alan Hilvers
SSN: xxx-xx-8239 * Chapter 13

* JUDGE MARY ANN WHIPPLE

Debtor

### ORDER

This matter came on to be heard upon the Motion to Dismiss without Further Notice filed by the Trustee herein, stating that the Debtor has failed to comply with the Order of the Court dated Decembher 2, 2008.

It is therefore,

***ORDERED*** that this case be and the same hereby is dismissed without further notice or hearing under §109(g) of the United States Bankruptcy Code.

It is ***FURTHER ORDERED*** that the debtor is barred from filing for bankruptcy relief for a period of 180 days from the date this order is docketed;

It is ***FURTHER ORDERED*** that John P. Gustafson, the Standing Chapter 13 Trustee, disburse any remaining funds on hand;

It is **FURTHER ORDERED** that the Clerk, United States Bankruptcy Court, serve a notice of this Order upon the Debtor, Counsel for Debtor, the Trustee, and all of the creditors and parties in interest.

## Certificate of Service List

**TOPLINE CONSRUCTION**
**2202 DILLER RD**
**LIMA OH 45807-1238**
**ATTN: Payroll Dept (Employer)**